USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :     19-CR-862 (VEC)
              -against-                                      :
                                                             :          ORDER
  JESUS HERNANDEZ,                                           :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a change-of-plea hearing in this matter is currently scheduled for Tuesday, June 22, 2021, at 2:00 P.M.;

WHEREAS the Metropolitan Detention Center is requiring inmates to quarantine upon return from in-Court proceedings; and

WHEREAS Mr. Hernandez would lose his position as an orderly if he had to quarantine after the proceeding, Dkt. 429;

IT IS HEREBY ORDERED that the change-of-plea proceeding, currently scheduled for June 22, 2021 at 2:00 P.M., is adjourned to **Thursday, July 8, 2021 at 9:00 A.M.** The proceeding will be held remotely using the Zoom platform. An Order with additional details about the platform will be entered a few days before the proceeding.

IT IS FURTHER ORDERED that Mr. Hernandez must file a waiver of in person appearance by no later than **Friday, July 2, 2021**.

IT IS FURTHER ORDERED that given the complexities and delays associated with meeting with counsel and discussing potential dispositions during the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh Mr. Hernandez's

and the public's interests in a speedy trial, and that exclusion of time between now and July 8, 2021 is warranted pursuant to 18 U.S.C. § 3161(h)(7).

      IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      The Clerk of Court is respectfully directed to close the open motion at docket entry 429.

**SO ORDERED.**

**Dated: June 21, 2021**
      **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**