USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:
-against- : 19-CR-862 (VEC)
:
: ORDER
JESUS HERNANDEZ, HECTOR :
BONAPARTE, MICHAEL GONZALEZ :
:
Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Jesus Hernandez is scheduled to appear for a change-of-plea proceeding on Wednesday, July 7, 2021 at 10:00 A.M., Dkt. 451;

WHEREAS Hector Bonaparte is scheduled to appear for a change-of-plea proceeding on Wednesday, July 7, 2021 at 11:00 A.M., Dkt. 432;

WHEREAS Michael Gonzalez is scheduled to appear for a change-of-counsel hearing on Wednesday, July 7, 2021 at 2:00 P.M., Dkt. 440; and

WHEREAS on July 7, 2021, New York City will be holding a ticker tape parade to honor essential workers;

IT IS HEREBY ORDERED that the three proceedings in this matter scheduled for July 7, 2021 will take place in person as planned. The Court encourages the parties to leave early for the courthouse as the parade is expected to create considerable traffic in Manhattan.

**SO ORDERED.**

**Dated: July 1, 2021
New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**